# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147557

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DEON CRAWFORD,
        Defendant-Appellant.

SC: 147557
COA: 310137
Wayne CC: 11-008025-FH

_____/

On order of the Court, the application for leave to appeal the July 2, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

p1021